UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. NELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-2150 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendants violated his right to free exercise of religion.  Presently before the court is defendant's motion to opt out of the court's Post-Screening ADR (Alternative Dispute Resolution) Project.  (ECF No. 24.)

In support of the motion, counsel for defendant states that she does not believe a settlement conference would be productive at this time because of procedural and merits-based defenses and the parties are far apart in their valuation of the case.  (ECF No. 24 at 2.)  Counsel further states that she has come to this conclusion after investigating plaintiff's claims, conferring with plaintiff, and consulting with her clients and supervisor.  (Id. at 2.)  The court finds good cause to grant the motion to opt out.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 24) is granted;

2. The stay in this action is lifted; and

3. Defendants shall file a responsive pleading within (30) days of the date of this order.

Dated:  October 24, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/nels2150.opt.out

2