UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. NELSON, | No. 2:21-cv-2150 DB P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated his right to free exercise of religion. Presently before the court is defendant's motion to strike (ECF No. 29) and plaintiff's request for an extension of time to file a response to defendant's answer (ECF No. 30).

Defendant filed an answer on November 22, 2022. (ECF No. 26.) Thereafter, plaintiff filed a response to defendant's answer. (ECF No. 27.) Defendant moved to strike plaintiff's response. (ECF No. 29.) Plaintiff has requested a 60 to 90-day extension of time to respond to defendant's answer. (ECF No. 30.) Defendant opposes plaintiff's request for an extension of time. (ECF No. 31.)

Plaintiff's response to the answer states that he: "would like to have a Jury Trial in this case also [he] objections to all Answers and Defenses that Defendant Claims." (ECF No. 27.) Plaintiff further states in his request for an extension of time that he seeks additional time "to

1

properly and by law under law statute Respond to Defendant's answer to complaint and Demand for Jury Trial." (ECF No. 30.) Plaintiff has not provided any additional information explaining why he seeks to file a response to the answer. Defendants argue in their request to strike and opposition to plaintiff's request for an extension of time that the Federal Rules of Civil Procedure do not provide for a response to the answer unless ordered by the court. (ECF No. 29 at 1-2; ECF No. 31 at 1-2.)

Federal Rule of Civil Procedure 7(a) states: "Only these pleadings are allowed: (1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer."

The court has not ordered a reply to the answer. Plaintiff has not provided any reason why this court should order a response to the answer. Accordingly, the court will deny plaintiff's motion for an extension of time to file a response and grant defendant's motion to strike the response dated December 12, 2022.

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Defendant's motion to strike (ECF No. 29) is granted.

2. Plaintiff's motion for an extension of time to file a response (ECF No. 30) to defendant's answer is denied.

Dated: January 26, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/nels2150.ans.resp

2