UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. NELSON, | No. 2:21-cv-2150 DB P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated his right to free exercise of religion. Presently before the court is plaintiff's motion for an extension of time. Plaintiff requests a ninety-day extension of time to respond to defendant's motion for judgment on the pleadings. In support of his request he states additional time is necessary because his mental health issues "make it complicated to correspond normally." Plaintiff has not otherwise explained how his mental health issues prevent him from timely filing a response to defendant's motion. Accordingly, the undersigned finds plaintiff has not show good cause to support such a lengthy extension of time. However, plaintiff will be granted a short extension of time to file and serve his response.

////

////

1

1 | For the foregoing reasons, IT IS HEREBY ORDERED that:

2 | 1. Plaintiff's motion for an extension of time (ECF No. 36) is granted; and

3 | 2. Plaintiff shall file a response to defendant's motion for judgment on the pleadings on or before June 16, 2023.

Dated: May 26, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/nels2150.eot