1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES DENERICK NELSON, JR.,                No.  2:21-cv-02150-DAD-DB (PC)

12            Plaintiff,

13       v.                                     ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND GRANTING
14   KATHLEEN ALLISON, et al.,                  DEFENDANT'S MOTION FOR JUDGMENT
                                                ON THE PLEADINGS
15            Defendants.
                                                (Doc. Nos. 34, 42)
16

17        Plaintiff James Denerick Nelson, Jr. is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 10, 2023, the assigned magistrate judge issued findings and recommendations

21   recommending that defendant's motion for judgment on the pleadings (Doc. No. 34) be granted

22   because "plaintiff's allegation that defendant's failure to announce Wiccan group worship on one

23   occasion, is not sufficient to show a substantial burden on his right to free exercise of religion."

24   (Doc. No. 42 at 5.)  The magistrate judge recommended that plaintiff's complaint, in which

25   plaintiff asserts only that defendant violated his right to free exercise of religion, be dismissed

26   without leave to amend.  (*Id.* at 1, 3–6.)  The pending findings and recommendations were served

27   on the parties and contained notice that any objections thereto were to be filed within twenty-one

28   /////

                                                 1

1   (21) days after service.  (*Id*. at 7–8.)  No objections to the findings and recommendations have

2   been filed, and the time in which to do so has now passed.

3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the

4   court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

5   court concludes that the findings and recommendations are supported by the record and proper

6   analysis.

7       Accordingly:

8       1.      The findings and recommendations issued on July 10, 2023 (Doc. No. 34) are

9               adopted in full;

10      2.      Defendant's motion for judgment on the pleadings (Doc. No. 42) is granted;

11      3.      This action is dismissed; and

12      4.      The Clerk of the Court is directed to close this case.

13      IT IS SO ORDERED.

14  Dated:    **December 12, 2023**                              *Dale A. Drozd*

15                                                   DALE A. DROZD
                                                     UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28